## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-03853 |
| | ) | |
| Frank Lyons | ) | Chapter 7 |
| Linda Powell | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |

### NOTICE OF MOTION

To: See Attached Service List

**PLEASE TAKE NOTICE** that on **January 15, 2013** at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Jacqueline P. Cox in courtroom 682 of the Unites States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in such judge's place and stead, and shall then and there present the attached **FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**, a copy of which is hereby served upon you. You may appear and be heard if you choose.

By:__/s/ Karen J. Porter
Karen J. Porter (Atty. No. 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400

### CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct of this Notice and Application to be served on the parties listed on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois 60606 on December 21, 2012.

_/s/Karen J. Porter__
Karen J. Porter

Via Regular Mail

R Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

United States Trustee
219 South Dearborn
8th Floor
Chicago, IL 60604

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Chase/Bank One Card Service
800 Brooksedge Blvd.
Westerville, OH 43081

5333 S. Hyde Park Condo Assoc.
5333 S. Hyde Park Blvd.
Chicago, IL 60615

American Infosource LP
agent for T-Mobile
P.O. Box 248848
Oklahoma City, OK 73124-8848

Citimortgage
P.O. Box 9438
Gaithersburg, MD 20898

City of Chicago
Department of Revenue
Parking- Bankruptcy
333 South State street
Suite 540
Chicago, IL 60604-3977

Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany OH 43054-3025

Education Credit Management Corp.
ECMC
P.O. Box 75906
St. Paul, MN 55175

First Source
1900 West Severs Road
La Porte, IN 46350

Medi Busie
1460 Renaissance Drive
Park Ridge, IL 60068

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Pallisades Collection
210 Sylvan Avenue
Englewood, NJ 07632

Pierce & Associates
1 North Dearborn
Suite 1300
Chicago, IL 60602

Prudential Financial
P.O. Box 856138
Louisville, KY 40285

Sears
P.O. Box 6189
Sioux Falls, SD 57117

U.S. Small Business Administration
Commercial Loan Servicing
2719 North Air Fresno Drive
Suite 107
Fresno, CA 93727

UP Region SN
215 Forrest Street
Hattiesburg, MS 39404

Wells Fargo Home Mortgage
P.O. Box 5296
Carol Stream, IL 60197

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

Frank D. Lyons
Linda L. Powell
5333 South Hyde Park Blvd.
Chicago, IL 60615

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Frank Lyons )
      Linda Powell )
       )    Bankruptcy No. _____ 12-3853 _____
       )
       Debtor. )    Chapter _____ 7 _____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ Karen J. Porter _____

Authorized to Provide Professional Services to: _____ Frank Lyons and Linda Powell _____

Date of Order Authorizing Employment: _____ February 28, 2012 _____

Period for Which Compensation is Sought:
From _____ February 3, _____ , __2012__ through _____ November 26 _____ , __2012__

Amount of Fees Sought: $ 11,760.00 _____

Amount of Expense Reimbursement Sought: $ 59.58 _____

This is an:    Interim Application _____      Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____ 12/21/12 _____      _____ /s/Karen J. Porter _____
                                                         (Counsel)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-03853 |
| | ) | |
| Frank Lyons | ) | Chapter 7 |
| Linda Powell | ) | |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |

## FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Karen J. Porter and the Porter Law Network ("Counsel") former attorneys for the Debtors, move this honorable court pursuant to 11 U.S.C. § § 330, 331 to award it final compensation for the legal services rendered to the Debtor for the time period February 3, 2012 to November 29,2012. In support thereof Counsel respectfully states as follows:

1.    Debtor filed petition for relief under Chapter 11 of the Bankruptcy Code on February 3, 2012.

2.    On February 28, 2012, the court approved the employment of Karen J. Porter and the Porter Law Network as the Debtor's attorneys nunc pro tunc to February 3, 2012.

3.    On October 2, 2012, the chapter 11 case was converted to a chapter 7 case.

4.    On November 26, 2012, the court granted Karen J. Porter and the Porter Law Network leave to withdraw as counsel for the Debtor.

5.    This is the First and Final Application of the Porter Law Network for Compensation and Reimbursement of Expenses (the "Application"). Counsel seeks an award for the legal services rendered during the time period from February 3, 2012 to November 29, 2012 in the amount of $11,760.00. Counsel seeks an award for the reimbursement of

expenses in the amount of $59.58. The total amount of this request for compensation

requested is $11,819.58. Debtor has paid $6,000.00 of the compensation requested in this

application.

6.      Karen J. Porter performed 33.6 hours of legal services for the Debtor at the hourly

rate of $350.00. The total amount sought for the legal services performed by Karen J. Porter

is $11,760.00.

7.      The Porter Law Network incurred $59.58 in expenses for the Debtor for the cost

of filing fees, copying, postage, and messenger deliveries. The total amount sought for the

reimbursement of expenses is $59.58.

8.      A detailed statement of all the legal services performed by all the attorneys and all

of the expenses incurred is attached to this Application as Exhibit A. The detailed description

includes the date the services were rendered; the individual performing the services; the

hourly rate of the person performing the services and a statement describing the task, activity

or service performed. In addition, the legal services performed for the Debtor are also

identified by the following categories: Case Administration; Motions and Hearings; and Plan

and Disclosure Statement.

9.      A summary of the services performed for the Debtor in each of the categories is

set forth below:

A.      <u>Case Administration</u>:      General representation of the Debtor,

compliance with debtor in possession requirements; counseling the Debtor as to

bankruptcy law and procedure; attending creditors meeting; attending meetings with

the Debtor and other parties; review of debtor in possession reports; communicating

with third parties regarding the Debtor's business operations; all other legal services

that relate to the administration of the chapter 11 case. The Application for

Compensation includes 20.2 hours that went spent for Case Administration category

for a total of $7,070.00. Karen J. Porter performed 20.2 hours of the legal services

rendered in connection with Case Administration.

B.    <u>Motions and Hearings</u>:    Prepare motions and pleadings; notices to

creditors and parties in interest regarding motions and hearings; review pleadings;

prepare for court appearances; court appearances on motions and other hearings;

communication with the Debtor, creditors and third parties regarding motions and

hearings; and all other legal services that relate to Motions and Hearings. The

Application for Compensation includes 6.2 hours that were spent for Motions and

Hearings for a total of $2,170.00. Karen J. Porter performed 6.2 hours of the legal

services rendered in connection with Motions and Hearings.

C.    <u>Plan and Disclosure Statement</u>:    All the legal services relating to advising

the Debtor regarding a plan and disclosure statement, drafting the plan; drafting

amendments and revisions to the plan; preparation of exhibits to the plan; and

communications with the Debtor and the accountant regarding the plan.  The

Application for Compensation includes 7.2 hours that were spent for Plan and

Disclosure Statement for a total of  $2,520.00.  Karen J. Porter performed 7.2 hours of

the legal services rendered in connection with Plan and Disclosure Statement.

10.    For the legal services rendered on the Debtors behalf, Counsel accomplished the

following:

A.  Counseled Debtor as to its rights and obligations under chapter 11 of the bankruptcy code. Assisted the Debtor in meeting other obligations imposed by the Code or the United States Trustee;

B.  Assisted the Debtor with its post-petition operations as a debtor-in-possession;

C.  Prepared motions and pleadings which were necessary to the administration of the estate and the reorganization effort of the Debtor;

D.  Attended court proceedings;

E.  Drafted a plan of reorganization and disclosure statement;

F.  Performed all other legal services that were necessary to the administration of this chapter 11 estate.

11.  Counsel has not agreed to share compensation with any other party.

12.  Notice of this application for compensation has been sent to the Debtor's.

13.  Notice of this Application has been sent to all creditors and parties in interest.

WHEREFORE, Counsel prays for the entry of an order awarding the Porter Law Network interim compensation in the amount of $11,760.00, reimbursement of expenses in the amount of $59.58, and a total award in the amount of $11,819.58.

Respectfully submitted,
**PORTER LAW NETWORK**
/s/Karen J. Porter
Karen J. Porter

Karen J. Porter (Attorney No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

**Porter Law Network**
230 West Monroe
Suite 240
Chicago, IL 60606

12/20/2012

**Frank Lyons**
Linda Powell and Frank Lyons
5333 South Hyde Park Blvd
Chicago, IL 60615

**Bill Number: 262**

**RE: Lyons and Powell Chapter 11**

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|------|-----------|------|-------|------|--------|
| 2/3/2012 | Karen J. Porter | B110 - Case Administration | 2.700 | 350.00 | 945.00 |
| | Attend meeting with mr lyons and ms powell to file emergency chapter 11 bankruptcy case to obtain release of irs levy | | | | |
| 2/8/2012 | Karen J. Porter | B110 - Case Administration | 0.100 | 350.00 | 35.00 |
| | Telephone call to ms miller; leave voice mail message regarding the filing of the chapter 11 case and requesting release of the levies | | | | |
| 2/8/2012 | Karen J. Porter | B110 - Case Administration | 0.100 | 350.00 | 35.00 |
| | Prepare notice of automatic stay to send to internal revenue service | | | | |
| 2/8/2012 | Karen J. Porter | B110 - Case Administration | 0.100 | 350.00 | 35.00 |
| | Telephone call with mr lyons regarding received confirmation levies will be released | | | | |
| 2/9/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 350.00 | 105.00 |
| | Draft revise and complete pleading: motion to extend time to file schedules | | | | |
| 2/9/2012 | Karen J. Porter | B110 - Case Administration | 1.100 | 350.00 | 385.00 |
| | Email communication to mr washington regarding need for debtor in possession account | | | | |
| 2/9/2012 | Karen J. Porter | B110 - Case Administration | 0.700 | 350.00 | 245.00 |
| | Draft, revise and complete letter to mr and mrs powell regarding meeting of creditors; installment payment for fees; bankruptcy schedules; debtor in possession account; insurance; monthly operating reports; quarterly fees and date set for plan and disclosure statement | | | | |
| 2/16/2012 | Karen J. Porter | B110 - Case Administration | 0.700 | 350.00 | 245.00 |
| | Meeting with mr lyons and ms powell to discuss schedules, filing fee installment; mortgage payment and other matters | | | | |
| 2/21/2012 | Karen J. Porter | B110 - Case Administration | 0.800 | 350.00 | 280.00 |
| | Attend informal debtor interview with ms powell and ms lyons | | | | |
| 2/22/2012 | Karen J. Porter | B110 - Case Administration | 0.100 | 350.00 | 35.00 |
| | Draft revise and complete pleading: certificate of service for notice of creditors meeting | | | | |
| 2/28/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 350.00 | 210.00 |
| | Court appearance on motion to employ attorneys; motion granted | | | | |
| 3/5/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | Telephone call with mr lyons re second installment of filing fee; status of bankruptcy schedules | | | | |

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|------|-----------|------|-------|------|--------|
| 3/13/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 350.00 | 140.00 |
| | Court appearance on motion to authorize payment of retainer | | | | |
| 3/13/2012 | Karen J. Porter | B110 - Case Administration | 0.800 | 350.00 | 280.00 |
| | Attend creditors meeting; meeting held and adjourned | | | | |
| 3/13/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | Telephone call with rob ward regarding tax returns and monthly operating reports | | | | |
| 6/4/2012 | Karen J. Porter | B110 - Case Administration | 0.400 | 350.00 | 140.00 |
| | Attend meeting with mr lyons and ms powell to discuss need to move forward with chapter 11 case and plan | | | | |
| 6/6/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | Telephone call with mr ward to discuss representation as accountants | | | | |
| 6/6/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 350.00 | 210.00 |
| | Draft revise and complete pleading: motion to extend time to file plan | | | | |
| 6/7/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 350.00 | 70.00 |
| | Telephone call with ms gleason regarding motion for extension of time to file a plan | | | | |
| 6/13/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 350.00 | 105.00 |
| | Final review, revise and complete pleading; application to employ accountant | | | | |
| 6/19/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 350.00 | 245.00 |
| | Court appearance on motion to employ accountant (granted); motion to set bar date (granted); motion to extend time to file plan continued to june 28, 2012 | | | | |
| 6/21/2012 | Karen J. Porter | B110 - Case Administration | 0.700 | 350.00 | 245.00 |
| | Attend meeting with mr powell and ms lyons to discuss case strategy and requirements for a plan | | | | |
| 6/27/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | Telephone call with mr ward regarding status of operating reports | | | | |
| 7/5/2012 | Karen J. Porter | B110 - Case Administration | 1.300 | 350.00 | 455.00 |
| | Attend meeting with mr lyons and ms powell to discuss chapter 11 plan; requirements to propose plan; motion to dismiss set for august 14 | | | | |
| 7/10/2012 | Karen J. Porter | B110 - Case Administration | 0.400 | 350.00 | 140.00 |
| | Telephone call with mr ward to discuss reorganization potential after meeting on budget issues | | | | |
| 7/24/2012 | Karen J. Porter | B110 - Case Administration | 0.800 | 350.00 | 280.00 |
| | Attend meeting with ms powell and mr lyons regarding plan of reorganization; status of valuations of property; plans for repayment of creditors and budget proposals | | | | |
| 7/26/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 350.00 | 210.00 |
| | Court appearance on motion to pay accountant; motion granted | | | | |
| 8/7/2012 | Karen J. Porter | B110 - Case Administration | 1.200 | 350.00 | 420.00 |
| | Attend meeting with mr powell and ms lyons regarding chapter 11 case' to discuss property valuations; budget issues and plan of reorganization | | | | |
| 8/10/2012 | Karen J. Porter | B110 - Case Administration | 1.400 | 350.00 | 490.00 |
| | Attend meeting with mr lyons and mrs powell to discuss requirements for plan and disclosure statement | | | | |
| 8/12/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.200 | 350.00 | 420.00 |
| | Formulate plan of reorganization: determine classes of claims; determine revisions needed to budget for determine disposable income and plan payment; determine amount of monthly and quarterly payments for secured claims | | | | |
| 8/12/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 350.00 | 140.00 |
| | Draft plan of reorganization | | | | |
| 8/13/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.300 | 350.00 | 105.00 |
| | Telephone call with rob ward regarding revisions to budget; annual budgets for two | | | | |

**Time Detail**

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | additional years; summary of operating reports | | | |
| 8/13/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 2.300 | 350.00 | 805.00 |
| | | Draft plan of reorganization | | | |
| 8/13/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.800 | 350.00 | 280.00 |
| | | Attend meeting with mr powell and ms lyons to review plan and disclosure statement | | | |
| 8/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.900 | 350.00 | 315.00 |
| | | Draft, revise and complete plan of reorganization | | | |
| 8/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.300 | 350.00 | 455.00 |
| | | Draft and revise disclosure statement | | | |
| 8/14/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 350.00 | 245.00 |
| | | Court appearance on status hearing on the filing of the plan; hearing continued to 8/28/12 | | | |
| 8/21/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | | Telephone call with doug fisher re listing laramie property | | | |
| 8/23/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | | Draft, revise and complete letter to ms franklin requesting irs provide comments on plan and disclosure statement | | | |
| 8/23/2012 | Karen J. Porter | B110 - Case Administration | 0.600 | 350.00 | 210.00 |
| | | Draft, revise and complete letter to mr lyons and ms powell regarding plan and disclosure statement; items needed; next status date and other administrative matters | | | |
| 8/28/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 350.00 | 245.00 |
| | | Court appearance on status of the plan; modified plan and disclosure statement due by september 21, 2012; status hearing set for october 2, 2012 | | | |
| 9/6/2012 | Karen J. Porter | B110 - Case Administration | 0.300 | 350.00 | 105.00 |
| | | Telephone call with ms reed regarding 2011 return; payments monthly; interest at statutory rate | | | |
| 9/6/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | | Telephone call with mr ward regarding 2011 tax return and changes to irs treatment | | | |
| 9/6/2012 | Karen J. Porter | B110 - Case Administration | 0.300 | 350.00 | 105.00 |
| | | Telephone call with ms hughy regarding listing the property at laramie | | | |
| 9/10/2012 | Karen J. Porter | B110 - Case Administration | 1.500 | 350.00 | 525.00 |
| | | Attend meeting with mr lyons and ms powell to discuss chapter 11 plan; laramie property listing; july and august budget results | | | |
| 9/19/2012 | Karen J. Porter | B110 - Case Administration | 0.700 | 350.00 | 245.00 |
| | | Attend meeting with mr lyons and ms powell to discuss status of plan; listing laramie property; payment of tuition issue; option to proceed with plan; dismiss or convert | | | |
| 9/27/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 350.00 | 140.00 |
| | | Draft revise and complete pleading: motion for leave to file modified plan and amended disclosure statement | | | |
| 9/27/2012 | Karen J. Porter | B110 - Case Administration | 0.700 | 350.00 | 245.00 |
| | | Draft, revise and complete letter to mr lyons and ms powell re payment of tuition; decision re confirming plan; dismissing case or converting to a chapter 7; hearing on 10/2/12 | | | |
| 10/1/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 350.00 | 70.00 |
| | | Telephone call with mr lyons re will not proceed with plan; ms powell will elect to continue to pay college tuition | | | |
| 10/2/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 350.00 | 140.00 |
| | | Court appearance on status on plan; motion for leave to file plan (withdrawn); trustee's motion to dismiss or convert; case converted to chapter 7 | | | |

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/3/2012 | Karen J. Porter | B110 - Case Administration | 0.300 | 350.00 | 105.00 |
| | Several telephone calls with mr lyons and ms powell regarding conversion of case to a chapter 7 | | | | |
| 10/3/2012 | Karen J. Porter | B110 - Case Administration | 0.300 | 350.00 | 105.00 |
| | Draft, revise and complete letter to mr lyons and ms powell regarding conversion of case to a chapter 7 | | | | |
| 10/11/2012 | Karen J. Porter | B110 - Case Administration | 0.500 | 350.00 | 175.00 |
| | Attend meeting with mr and mrs powell to discuss conversion of case to a chapter 7 | | | | |
| 11/26/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 350.00 | 105.00 |
| | Draft revise and complete pleading: motion to withdraw | | | | |
| | | **Total Fees:** | | | 11,760.00 |

## Task Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Karen J. Porter | 33.600 | 350.00 | 11,760.00 |
| | | **Total Fees:** | 11,760.00 |

| Task | Hours | Rate | Amount |
|---|---|---|---|
| B110 - Case Administration | 20.200 | 350.00 | 7,070.00 |
| B111 - Motions and Hearings | 6.200 | 350.00 | 2,170.00 |
| B320 - Plan and Disclosure Statement | 7.200 | 350.00 | 2,520.00 |
| | | **Total Fees:** | 11,760.00 |

| Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| Karen J. Porter | B110 - Case Administration | 20.200 | 350.00 | 7,070.00 |
| | B111 - Motions and Hearings | 6.200 | 350.00 | 2,170.00 |
| | B320 - Plan and Disclosure Statement | 7.200 | 350.00 | 2,520.00 |
| | | | **Total Fees:** | 11,760.00 |

## Expenses

| Date | Timekeeper | Item | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| 2/22/2012 | Karen J. Porter | None | E101 - Copying | 18.55 | 1 | 18.55 |
| | E101 - Copying: notice of 341 and motion for retainer | | | | | |
| 7/2/2012 | Jose Corcoles | None | E108 - Postage | 0.44 | 21 | 9.24 |
| | E108 - Postage | | | | | |
| 7/16/2012 | Jose Corcoles | None | E101 - Copying | | 1 | 22.55 |
| | E101 - Copying motion for approval of the debtors accountants postpetition retainer. | | | | | |
| 7/16/2012 | Jose Corcoles | None | E108 - Postage | 0.44 | 21 | 9.24 |
| | E108 - Postage | | | | | |
| | | | **Total Expenses:** | | | 59.58 |
| | | | **Total for this Bill:** | | | 11,819.58 |