# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LYONS, FRANK D. | § | Case No. 12-03853 |
| POWELL, LINDA L. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/02/2012 . The undersigned trustee was appointed on 10/04/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 95,285.15 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 128.56 |
| Bank service fees | 3,836.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]   $ | 91,320.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  07/29/2013  and the deadline for filing governmental claims was  07/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,014.26 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 8,014.26 , for a total compensation of $ 8,014.26 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1.70 , for total expenses of $ 1.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/06/2016              By: /s/R. SCOTT ALSTERDA
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-03853 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | LYONS, FRANK D. | | | Date Filed (f) or Converted (c): | 10/02/12 (f) |
| | POWELL, LINDA L. | | | 341(a) Meeting Date: | 11/29/12 |
| For Period Ending: | 01/06/16 | | | Claims Bar Date: | 07/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - 18-30 N Laramine, Chgo IL 60644 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Property - 416 W Hutchinson Crowley LA empty vacant lot | 6,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Property - 5333 S Hyde Pk Chgo Il 60615 | 600,000.00 | 0.00 | | 0.00 | FA |
| 4. Real Property - 5400 S Hyde Pk Chgo IL 60615 | 200,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account - BOA wife | 30.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account - Chase | 100.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account - Fifth Third | 0.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods - contents of 5333 S Hyde | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel - man | 500.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel - woman | 500.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies - 2 whole life | 66,000.00 | 0.00 | | 0.00 | FA |
| 12. Stock - Walgreens | 63,000.00 | 0.00 | | 0.00 | FA |
| 13. Automobile - 1995 Buick LaSabre | 1,300.00 | 0.00 | | 0.00 | FA |
| 14. Interest - closed business Dirt Buster Equipment | 0.00 | 0.00 | | 0.00 | FA |
| 15. Post Petition Transfer (u) | 0.00 | 95,285.15 | | 95,285.15 | FA |
| 16. Automobile 2000 Jeep Wrangler | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. Automobile 2006 Scion XB | 7,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,028,430.00 | $95,285.15 | | $95,285.15 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 12-03853    Doc 121    Filed 01/07/16    Entered 01/07/16 10:36:05    Desc Main
Document      Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-03853    JPC    Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | LYONS, FRANK D. | Date Filed (f) or Converted (c): | 10/02/12 (f) |
| | POWELL, LINDA L. | 341(a) Meeting Date: | 11/29/12 |
| | | Claims Bar Date: | 07/29/13 |

The Debtors' Chapter 11 case was converted to a Chapter 7 case. After the case was converted, Mr. Lyons liquidated certain stocks and sent most of the funds to his mortgage lender. When the Trustee learned about this unauthorized conduct, the Trustee recovered the value of the transfers from the mortgage lender and the balance from Mr. Lyons. The Debtors' schedules filed in this case were not very accurate or reliable accounting for the discrepancies on Form 1.

Initial Projected Date of Final Report (TFR): 11/30/14      Current Projected Date of Final Report (TFR): 12/30/15

         /s/    R. SCOTT ALSTERDA
_____ Date: 01/06/16
         R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-03853 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | LYONS, FRANK D. | | Bank Name: | ASSOCIATED BANK |
| | POWELL, LINDA L. | | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 | | | |
| For Period Ending: | 01/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/13 | 12 | Chase (Cashier's Check) Linda Powell 5333 S. Hyde Park Blvd. Chicago, IL 60615 | Stock Transfer Recovery | 1129-000 | 20,213.08 | | 20,213.08 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.66 | 20,202.42 |
| 08/05/13 | 12 | Wells Fargo Home Mortgage One Home Campus Des Moines, IA 50328-0001 | Stock Transfer Recovery | 1129-000 | 75,072.07 | | 95,274.49 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.03 | 95,244.46 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.57 | 95,120.89 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.87 | 94,984.02 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 141.21 | 94,842.81 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.46 | 94,706.35 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 140.79 | 94,565.56 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 140.60 | 94,424.96 |
| 02/10/14 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 76.57 | 94,348.39 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.76 | 94,221.63 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 140.08 | 94,081.55 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 135.36 | 93,946.19 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.67 | 93,806.52 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 134.96 | 93,671.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.27 | 93,532.29 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.06 | 93,393.23 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 134.38 | 93,258.85 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.65 | 93,120.20 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 133.98 | 92,986.22 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.23 | 92,847.99 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.05 | 92,709.94 |

FORM 2

Page: 2
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-03853 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | LYONS, FRANK D. | Bank Name: | ASSOCIATED BANK |
|  | POWELL, LINDA L. | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 |  |  |
| For Period Ending: | 01/06/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 51.99 | 92,657.95 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.49 | 92,533.46 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.61 | 92,395.85 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.94 | 92,262.91 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.17 | 92,125.74 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.54 | 91,993.20 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.77 | 91,856.43 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.57 | 91,719.86 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.97 | 91,587.89 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.17 | 91,451.72 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.57 | 91,320.15 |

\* Reversed
t Funds Transfer

| Account *******9917 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 95,285.15 | 2 | Checks | 128.56 |
| | 0 | Interest Postings | 0.00 | 30 | Adjustments Out | 3,836.44 |
| | | Subtotal | $ 95,285.15 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 3,965.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 95,285.15 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 12-03853 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | LYONS, FRANK D. | | Bank Name: | ASSOCIATED BANK |
| | POWELL, LINDA L. | | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 | | | |
| For Period Ending: | 01/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ R. SCOTT ALSTERDA  Date: 01/06/16
R. SCOTT ALSTERDA

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 06, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-03853  
Debtor Name: LYONS, FRANK D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $8,229.50 | $8,229.50 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $87.00 | $87.00 |
| 000008A<br>001<br>2950-00 | Office of the U.S. Trustee<br>219 S. Dearborn St. Rm 873<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,300.00 | $1,300.00 |
| 000009<br>002<br>6700-00 | 11 East Adams, LLC<br>Trout Downing, LLC<br>134 N. LaSalle Suite 1840<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,760.00 | $5,760.00 |
| 000010A<br>002<br>6700-00 | Robert Ward<br>3077 West Jefferson St,<br>Suite 207<br>Joliet, IL 60435 | Administrative | | $0.00 | $4,520.00 | $4,520.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $76.57 | $76.57 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $51.99 | $51.99 |
| 000002B<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Priority | | $0.00 | $46,857.74 | $46,857.74 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $0.00 | $5,336.43 | $5,336.43 |
| 000002C<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Unsecured | | $0.00 | $73,142.07 | $73,142.07 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,351.57 | $1,351.57 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 06, 2016 |

Case Number: 12-03853  
Debtor Name: LYONS, FRANK D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as assignee of GE Capital<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $223.56 | $223.56 |
| 000006<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $3,077.54 | $3,077.54 |
| 000007<br>070<br>7100-00 | ECMC<br>Lock Box #8682<br>PO Box 75906<br>St. Paul, MN 55175 | Unsecured | | $0.00 | $91,186.58 | $91,186.58 |
| 000002A<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Secured | | $0.00 | $135,189.91 | $135,189.91 |
| 000003<br>050<br>4110-00 | US Bank National Assoc<br>Wells Fargo Bank NA<br>3476 Stateview Blvd<br>MAC #X7801-014<br>Fort Mill, SC 29715 | Secured | | $0.00 | $505,430.78 | $505,430.78 |
| | Case Totals: | | | $0.00 | $881,821.24 | $881,821.24 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-03853
Case Name: LYONS, FRANK D.
       POWELL, LINDA L.
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 91,320.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Department of the Treasury | $ 135,189.91 | $ 135,189.91 | $ 0.00 | $ 0.00 |
| 000003 | US Bank National Assoc | $ 505,430.78 | $ 505,430.78 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 91,320.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 8,014.26 | $ 0.00 | $ 8,014.26 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 1.70 | $ 0.00 | $ 1.70 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 8,229.50 | $ 0.00 | $ 8,229.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 87.00 | $ 0.00 | $ 87.00 |
| Fees: Office of the U.S. Trustee | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Other: Arthur B. Levine Company | $ 51.99 | $ 51.99 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 76.57 | $ 76.57 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 17,632.46 |
| Remaining Balance | $ | 73,687.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: 11 East Adams, LLC | $ 5,760.00 | $ 0.00 | $ 5,760.00 |
| Other: Robert Ward | $ 4,520.00 | $ 0.00 | $ 4,520.00 |

| | | |
|---|---:|---:|
| Total to be paid for prior chapter administrative expenses | $ | 10,280.00 |
| Remaining Balance | $ | 63,407.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 46,857.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000002B | Department of the Treasury | $ 46,857.74 | $ 0.00 | $ 46,857.74 |

| | | |
|---|---:|---:|
| Total to be paid to priority creditors | $ | 46,857.74 |
| Remaining Balance | $ | 16,549.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 174,317.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,336.43 | $ 0.00 | $ 506.65 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,351.57 | $ 0.00 | $ 128.32 |
| 000005 | LVNV Funding, LLC its successors | $ 223.56 | $ 0.00 | $ 21.23 |
| 000006 | LVNV Funding, LLC its successors | $ 3,077.54 | $ 0.00 | $ 292.18 |
| 000007 | ECMC | $ 91,186.58 | $ 0.00 | $ 8,657.37 |
| 000002C | Department of the Treasury | $ 73,142.07 | $ 0.00 | $ 6,944.20 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 16,549.95 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE