UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
LYONS, FRANK D.                     §    Case No. 12-03853 JPC
POWELL, LINDA L.                    §
                                    §
                                    §
         Debtors                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                United States Bankruptcy Court
                219 South Dearborn Street
                Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing.  A hearing on the fee applications and any objection to the Final Report will be held on Thursday, January 28, 2016 at 9:30 a.m. in Courtroom 680, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

   If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/07/2016              By: Clerk of the U.S. Bankruptcy Court


*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LYONS, FRANK D. § Case No. 12-03853 JPC
POWELL, LINDA L. §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 95,285.15 |
| and approved disbursements of | $ | 3,965.00 |
| leaving a balance on hand of[1] | $ | 91,320.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000002A | Department of the Treasury | $ 135,189.91 | $ 135,189.91 | $ 0.00 | $ 0.00 |
| 000003 | US Bank National Assoc | $ 505,430.78 | $ 505,430.78 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00
Remaining Balance $ 91,320.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA | $ 8,014.26 | $ 0.00 | $ 8,014.26 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 1.70 | $ 0.00 | $ 1.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 8,229.50 | $ 0.00 | $ 8,229.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 87.00 | $ 0.00 | $ 87.00 |
| Fees: Office of the U.S. Trustee | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Other: Arthur B. Levine Company | $ 51.99 | $ 51.99 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 76.57 | $ 76.57 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $      17,632.46

Remaining Balance                                           $      73,687.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: 11 East Adams, LLC | $ 5,760.00 | $ 0.00 | $ 5,760.00 |
| Other: Robert Ward | $ 4,520.00 | $ 0.00 | $ 4,520.00 |

Total to be paid for prior chapter administrative expenses   $      10,280.00

Remaining Balance                                            $      63,407.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 46,857.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Department of the Treasury | $ 46,857.74 | $ 0.00 | $ 46,857.74 |

Total to be paid to priority creditors                       $      46,857.74

Remaining Balance                                            $      16,549.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 174,317.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,336.43 | $ 0.00 | $ 506.65 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,351.57 | $ 0.00 | $ 128.32 |
| 000005 | LVNV Funding, LLC its successors | $ 223.56 | $ 0.00 | $ 21.23 |
| 000006 | LVNV Funding, LLC its successors | $ 3,077.54 | $ 0.00 | $ 292.18 |
| 000007 | ECMC | $ 91,186.58 | $ 0.00 | $ 8,657.37 |
| 000002C | Department of the Treasury | $ 73,142.07 | $ 0.00 | $ 6,944.20 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 16,549.95 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                             Case No. 12-03853-JPC
Frank D Lyons                                                      Chapter 7
Linda L. Powell
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: ajauregui              Page 1 of 1              Date Rcvd: Jan 08, 2016
                              Form ID: pdf006              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2016.
db/jdb         +Frank D Lyons,   Linda L. Powell,   5333 South Hyde Park Blvd,   Unit #4,
                 Chicago, IL 60615-5700
22997750       +11 East Adams, LLC,    Trout Downing, LLC,   134 N. LaSalle, Suite 1840,
                 Chicago, IL 60602-1100
20429426       +Porter Law Network,    230 West Monroe, Suite 240,   Chicago, Il 60606-4730
21024683       +Robert Ward,   3077 West Jefferson St, Suite 207,,   Joliet, IL 60435-5264
18440159       +US Bank National Assoc,    Wells Fargo Bank NA,   3476 Stateview Blvd,   MAC #X7801-014,
                 Fort Mill, SC 29715-7203
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18440158        E-mail/Text: cio.bncmail@irs.gov Jan 09 2016 00:37:59      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,   Philadelphia PA 19101-7346
18497866        E-mail/Text: mrdiscen@discover.com Jan 09 2016 00:37:44      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany OH 43054-3025
18817148        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2016 00:54:57
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Capital,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
18817149        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2016 00:54:57
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
19637434       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 09 2016 00:38:20      Office of the U.S. Trustee,
                 219 S. Dearborn St.   Rm 873,   Chicago,   IL 60604-2027
18752167        E-mail/Text: bnc-quantum@quantum3group.com Jan 09 2016 00:38:15
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,   PO Box 788,
                 Kirkland, WA   98083-0788
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23979827*      +11 East Adams, LLC,    Trout Downing, LLC,   134 N. LaSalle, Suite 1840,
                 Chicago, IL 60602-1100
19132477       ##ECMC,   PO Box 75906,   St. Paul, MN 55175
                                                                                   TOTALS: 0, * 1, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2016 at the address(es) listed below:
              David P Lloyd    on behalf of Debtor 2 Linda L. Powell courtdocs@davidlloydlaw.com
              David P Lloyd    on behalf of Debtor 1 Frank D Lyons courtdocs@davidlloydlaw.com
              Karen J Porter    on behalf of Attorney Karen J Porter porterlawnetwork@gmail.com,
               portersam100@comcast.net
              Karen J Porter    on behalf of Accountant Robert J Ward porterlawnetwork@gmail.com,
               portersam100@comcast.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    rsalsterda@nixonpeabody.com, ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    on behalf of Attorney   Nixon Peabody LLP rsalsterda@nixonpeabody.com,
               ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@nixonpeabody.com
              Toni  Townsend    on behalf of Creditor    Wells Fargo Bank, N.A. toni.townsend@pierceservices.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 9
```