# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LYONS, FRANK D. | § | Case No. 12-03853 |
| POWELL, LINDA L. | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,028,430.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 63,407.69 | Claims Discharged Without Payment: 157,767.80 |
| Total Expenses of Administration: 31,877.46 | |

3) Total gross receipts of $ 95,285.15  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 95,285.15  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 640,620.69 | $ 640,620.69 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,597.46 | 21,597.46 | 21,597.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 10,280.00 | 10,280.00 | 10,280.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 46,857.74 | 46,857.74 | 46,857.74 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 174,317.75 | 174,317.75 | 16,549.95 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 893,673.64 | $ 893,673.64 | $ 95,285.15 |

   4)  This case was originally filed under chapter 7 on  10/02/2012 .  The case was pending for 41 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  02/24/2016            By:/s/R. SCOTT ALSTERDA
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock - Walgreens | 1129-000 | 95,285.15 |
| **TOTAL GROSS RECEIPTS** | | **$ 95,285.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | US BANK NATIONAL ASSOC | 4110-000 | NA | 505,430.78 | 505,430.78 | 0.00 |
| 000002A | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 135,189.91 | 135,189.91 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 640,620.69** | **$ 640,620.69** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 8,014.26 | 8,014.26 | 8,014.26 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 1.70 | 1.70 | 1.70 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 51.99 | 51.99 | 51.99 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 76.57 | 76.57 | 76.57 |
| ASSOCIATED BANK | 2600-000 | NA | 3,836.44 | 3,836.44 | 3,836.44 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| NIXON PEABODY LLP | 3110-000 | NA | 8,229.50 | 8,229.50 | 8,229.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 87.00 | 87.00 | 87.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 21,597.46 | $ 21,597.46 | $ 21,597.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 11 EAST ADAMS, LLC | 6700-000 | NA | 5,760.00 | 5,760.00 | 5,760.00 |
| ROBERT WARD | 6700-000 | NA | 4,520.00 | 4,520.00 | 4,520.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 10,280.00 | $ 10,280.00 | $ 10,280.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 46,857.74 | 46,857.74 | 46,857.74 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 46,857.74 | $ 46,857.74 | $ 46,857.74 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002C | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 73,142.07 | 73,142.07 | 6,944.20 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 5,336.43 | 5,336.43 | 506.65 |
| 000007 | ECMC | 7100-000 | NA | 91,186.58 | 91,186.58 | 8,657.37 |
| 000005 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 223.56 | 223.56 | 21.23 |
| 000006 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 3,077.54 | 3,077.54 | 292.18 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,351.57 | 1,351.57 | 128.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 174,317.75 | $ 174,317.75 | $ 16,549.95 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 12-03853 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | LYONS, FRANK D. | | | Date Filed (f) or Converted (c): | 10/02/12 (f) |
| | POWELL, LINDA L. | | | 341(a) Meeting Date: | 11/29/12 |
| For Period Ending: | 02/24/16 | | | Claims Bar Date: | 07/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - 18-30 N Laramine, Chgo IL 60644 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Property - 416 W Hutchinson Crowley LA empty vacant lot | 6,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Property - 5333 S Hyde Pk Chgo Il 60615 | 600,000.00 | 0.00 | | 0.00 | FA |
| 4. Real Property - 5400 S Hyde Pk Chgo IL 60615 | 200,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account - BOA wife | 30.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account - Chase | 100.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account - Fifth Third | 0.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods - contents of 5333 S Hyde | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel - man | 500.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel - woman | 500.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies - 2 whole life | 66,000.00 | 0.00 | | 0.00 | FA |
| 12. Stock - Walgreens | 63,000.00 | 0.00 | | 0.00 | FA |
| 13. Automobile - 1995 Buick LaSabre | 1,300.00 | 0.00 | | 0.00 | FA |
| 14. Interest - closed business Dirt Buster Equipment | 0.00 | 0.00 | | 0.00 | FA |
| 15. Post Petition Transfer (u) | 0.00 | 95,285.15 | | 95,285.15 | FA |
| 16. Automobile 2000 Jeep Wrangler | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. Automobile 2006 Scion XB | 7,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,028,430.00   $95,285.15   $95,285.15   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 19.05f

Case 12-03853   Doc 128   Filed 03/17/16   Entered 03/17/16 14:05:55   Desc Main
Document      Page 7 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-03853 | JPC   Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | LYONS, FRANK D. | | Date Filed (f) or Converted (c): | 10/02/12 (f) |
| | POWELL, LINDA L. | | 341(a) Meeting Date: | 11/29/12 |
| | | | Claims Bar Date: | 07/29/13 |

The Debtors' Chapter 11 case was converted to a Chapter 7 case. After the case was converted, Mr. Lyons liquidated certain stocks and sent most of the funds to his mortgage lender. When the Trustee learned about this unauthorized conduct, the Trustee recovered the value of the transfers from the mortgage lender and the balance from Mr. Lyons. The Debtors' schedules filed in this case were not very accurate or reliable accounting for the discrepancies on Form 1.

Initial Projected Date of Final Report (TFR): 11/30/14     Current Projected Date of Final Report (TFR): 12/30/15

         /s/   R. SCOTT ALSTERDA
_____  Date: 02/24/16
         R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-03853 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | LYONS, FRANK D. | Bank Name: | ASSOCIATED BANK |
|  | POWELL, LINDA L. | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 |  |  |
| For Period Ending: | 02/24/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Ref | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/19/13 | 12 | Chase (Cashier's Check) Linda Powell 5333 S. Hyde Park Blvd. Chicago, IL 60615 | Stock Transfer Recovery | 1129-000 | 20,213.08 |  | 20,213.08 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.66 | 20,202.42 |
| 08/05/13 | 12 | Wells Fargo Home Mortgage One Home Campus Des Moines, IA 50328-0001 | Stock Transfer Recovery | 1129-000 | 75,072.07 |  | 95,274.49 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 30.03 | 95,244.46 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 123.57 | 95,120.89 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 136.87 | 94,984.02 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 141.21 | 94,842.81 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 136.46 | 94,706.35 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 140.79 | 94,565.56 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 140.60 | 94,424.96 |
| 02/10/14 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016026455 | 2300-000 |  | 76.57 | 94,348.39 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 126.76 | 94,221.63 |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 140.08 | 94,081.55 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 135.36 | 93,946.19 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 139.67 | 93,806.52 |
| 07/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 134.96 | 93,671.56 |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 139.27 | 93,532.29 |
| 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 139.06 | 93,393.23 |
| 10/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 134.38 | 93,258.85 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 138.65 | 93,120.20 |
| 12/05/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 133.98 | 92,986.22 |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 138.23 | 92,847.99 |
| 02/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 138.05 | 92,709.94 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03853 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | LYONS, FRANK D. | Bank Name: | ASSOCIATED BANK |
| | POWELL, LINDA L. | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 | | |
| For Period Ending: | 02/24/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | 51.99 | 92,657.95 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 124.49 | 92,533.46 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 137.61 | 92,395.85 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 132.94 | 92,262.91 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 137.17 | 92,125.74 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 132.54 | 91,993.20 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 136.77 | 91,856.43 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 136.57 | 91,719.86 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 131.97 | 91,587.89 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 136.17 | 91,451.72 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 131.57 | 91,320.15 |
| 01/28/16 | 030003 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | 8,014.26 | 83,305.89 |
| 01/28/16 | 030004 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | 1.70 | 83,304.19 |
| 01/28/16 | 030005 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | 8,229.50 | 75,074.69 |
| 01/28/16 | 030006 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | 87.00 | 74,987.69 |
| 01/28/16 | 030007 | Office of the U.S. Trustee | Claim 000008A, Payment 100.00000% | 2950-000 | 1,300.00 | 73,687.69 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-03853 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | LYONS, FRANK D. | Bank Name: | ASSOCIATED BANK |
| | POWELL, LINDA L. | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 | | |
| For Period Ending: | 02/24/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/28/16 | 030008 | 219 S. Dearborn St. Rm 873<br>Chicago, IL 60606<br>11 East Adams, LLC | Claim 000009, Payment 100.00000% | 6700-000 | | 5,760.00 | 67,927.69 |
| 01/28/16 | 030009 | Trout Downing, LLC<br>134 N. LaSalle Suite 1840<br>Chicago, IL 60602<br>Robert Ward<br>3077 West Jefferson St,<br>Suite 207<br>Joliet, IL 60435 | Claim 000010A, Payment 100.00000% | 6700-000 | | 4,520.00 | 63,407.69 |
| 01/28/16 | 030010 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claim 000002B, Payment 100.00000% | 5800-000 | | 46,857.74 | 16,549.95 |
| 01/28/16 | 030011 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 9.49417% | 7100-000 | | 506.65 | 16,043.30 |
| 01/28/16 | 030012 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claim 000002C, Payment 9.49413% | 7100-000 | | 6,944.20 | 9,099.10 |
| 01/28/16 | 030013 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Claim 000004, Payment 9.49414% | 7100-000 | | 128.32 | 8,970.78 |
| 01/28/16 | 030014 | LVNV Funding, LLC its successors<br>and assigns as assignee of GE Capital<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000005, Payment 9.49633% | 7100-000 | | 21.23 | 8,949.55 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 19.05f

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03853 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | LYONS, FRANK D. | | Bank Name: | ASSOCIATED BANK |
| | POWELL, LINDA L. | | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 | | | |
| For Period Ending: | 02/24/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/28/16 | 030015 | LVNV Funding, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000006, Payment 9.49395% | 7100-000 | | 292.18 | 8,657.37 |
| 01/28/16 | 030016 | ECMC Lock Box #8682 PO Box 75906 St. Paul, MN 55175 | Claim 000007, Payment 9.49413% | 7100-000 | | 8,657.37 | 0.00 |

\* Reversed
t Funds Transfer

| Account *******9917 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 95,285.15 | 16 | Checks | 91,448.71 |
| | 0 | Interest Postings | 0.00 | 30 | Adjustments Out | 3,836.44 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 95,285.15 | | | |
| | | | | | Total | $ 95,285.15 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 95,285.15 | | | |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 19.05f

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03853 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | LYONS, FRANK D. | | Bank Name: | ASSOCIATED BANK |
| | POWELL, LINDA L. | | Account Number / CD #: | *******9917 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7045 | | | |
| For Period Ending: | 02/24/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ R. SCOTT ALSTERDA  Date: 02/24/16
R. SCOTT ALSTERDA